| | | | |
|---|---|---|---|
| Com. v. Williams | 2965 EDA 2014<br>Affirmed,<br>Vacated and<br>Remanded | 07/06/2016 | CP–51–CR–0007973–2012<br>(Philadelphia) |
| Com. v. Buli | 3438 EDA 2014<br>Reversed,<br>Vacated and<br>Remanded | 07/06/2016 | CP–09–CR–0001294–1978<br>(Bucks) |
| Strausser Enter. v. Segal and Morel, Inc. | 176 EDA 2015<br>Appeal<br>dismissed | 07/06/2016 | C48CV20104518<br>(Northampton) |
| Com. v. Jasionowski | 407 EDA 2015<br>Affirmed | 07/06/2016 | CP–51–CR–0008134–2014<br>(Philadelphia) |
| Com. v. Prater | 658 EDA 2015<br>Affirmed | 07/06/2016 | MC–51–MD–0000254–2011<br>(Philadelphia) |
| Strausser Enter. v. Segal and Morel, Inc. | 761 EDA 2015<br>Appeal<br>dismissed | 07/06/2016 | C48CV20104518<br>(Northampton) |
| Strausser Ent., Inc. v. Segal and Morel, Inc. | 1251 EDA 2015<br>Affirmed | 07/06/2016 | No. C48CV20104518<br>(Northampton) |
| Moye v. Njie | 1591 EDA 2015<br>Affirmed | 07/06/2016 | 01–70094<br>(Philadelphia) |
| Com. v. Alsbrook | 2298 EDA 2015<br>Affirmed | 07/06/2016 | CP–51–CR–0002093–2014<br>(Philadelphia) |
| Com. v. Harris | 2532 EDA 2015<br>Affirmed | 07/06/2016 | CP–51–CR–0012691–2013<br>(Philadelphia) |
| Com. v. Reeves | 2584 EDA 2015<br>Affirmed | 07/06/2016 | CP–15–CR–0004400–2011<br>(Chester) |
| Com. v. Swing | 2818 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/06/2016 | CP–23–CR–0002204–2015<br>(Delaware) |
| Com. v. Thomas | 2838 EDA 2015<br>Affirmed | 07/06/2016 | CP–51–CR–0011749–2009<br>(Philadelphia) |
| In the Interest of: G.F.W. | 2914 EDA 2015<br>Affirmed | 07/06/2016 | CP–51–AP–0000454–2015<br>CP–51–DP–0000738–2013<br>(Philadelphia) |
| In the Interest of C.D.; Appeal of K.S.[4] | 2932 EDA 2015<br>Affirmed | 07/06/2016 | 48 O.C.A. 2014<br>(Monroe) |

4. Petition for reargument denied August 17, 2016.